## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lori Ann Miller aka Lori Ann Spaziani-
Miller

CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10118 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
19 Jan 2024, 13:13:48, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322