Certificate Number: 14424-PAE-DE-038261956

Bankruptcy Case Number: 24-10118



14424-PAE-DE-038261956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 9, 2024</u>, at <u>10:51</u> o'clock <u>AM EST</u>, <u>Lori A Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 9, 2024</u>            By:  <u>/s/Edsie Lim</u>

                                         Name:  <u>Edsie Lim</u>

                                         Title:  <u>Certified Personal Finance Counselor</u>