United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                            Case No. 24-10118-pmm

Lori Ann Miller                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: admin                               Page 1 of 2

Date Rcvd: Mar 20, 2024                Form ID: 152                            Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Miller, 8 Gordon Drive, Easton, PA 18045-5815 |
| 14846533 | + | Douglas Miller, 8 Gordon Drive, Easton, PA 18045-5815 |
| 14848127 | + | Federal Home Loan Mortgage Corporation, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 21 2024 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2024 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14846531 | + | Email/Text: bankruptcy@usecapital.com | Mar 21 2024 00:38:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 14846532 | + | Email/Text: bankruptcy@credencerm.com | Mar 21 2024 00:38:00 | Credence Resource Management, 4222 Trinity Mills Rd - Ste 260, Dallas, TX 75287-7666 |
| 14848398 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2024 00:44:21 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14847980 | ^ | MEBN | Mar 21 2024 00:28:27 | Federal Home Loan Mortgage Corporation, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14846534 | ^ | MEBN | Mar 21 2024 00:28:27 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14846535 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2024 00:44:10 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14856623 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2024 00:44:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14846536 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 21 2024 00:38:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 20, 2024 | Form ID: 152 | Total Noticed: 13

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Lori Ann Miller claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lori Ann Miller
    Debtor(s)                                Case No: 24−10118−pmm
                                                         Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/16/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

                                                                                For The Court

                                                                                Timothy B. McGrath
                                                                                Clerk of Court

                                                                                              13
                                                                                        Form 152