Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-10118-PMM**

Lori Ann Miller  
8 Gordon Drive  
Easton  PA   18045

Petition Filed Date: 01/15/2024  
341 Hearing Date: 03/12/2024  
Confirmation Date: 08/01/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/26/2024 | $1,650.00 | | 03/25/2024 | $1,630.00 | | 04/29/2024 | $1,630.00 | |
| 06/07/2024 | $1,630.00 | | 07/03/2024 | $1,630.00 | | | | |

**Total Receipts for the Period: $8,170.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,783.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | DIRECTV LLC<br>»» 001 | Unsecured Creditors | $406.21 | $0.00 | $406.21 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $410.84 | $0.00 | $410.84 |
| 3 | SELECT PORTFOLIO SERVICING INC<br>»» 003 | Mortgage Arrears | $84,398.38 | $6,016.70 | $78,381.68 |
| 4 | CAPITAL ACCOUNTS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10118-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,783.00 | Current Monthly Payment: | $1,613.00 |
| Paid to Claims: | $8,804.70 | Arrearages: | $1,613.00 |
| Paid to Trustee: | $978.30 | Total Plan Base: | $96,885.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.