### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lori Ann Miller aka Lori Ann Spaziani-Miller<br><br><div align="center">Debtor(s)</div><br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3<br><div align="center">Moving Party</div><br>vs.<br><br>Lori Ann Miller aka Lori Ann Spaziani-Miller<br><div align="center">Debtor</div>Douglas Miller<br><div align="center">Co-Debtor</div><br>Scott F. Waterman<br><div align="center">Trustee</div> | CHAPTER 13<br><br><br>NO. 24-10118 PMM<br><br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this __17th__ day of __July__, 2025 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

<div align="right">
<i>Patricia M. Mayer</i><br>
Hon. Patricia M. Mayer<br>
United States Bankruptcy Judge
</div>