| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-10118-PMM

| | |
|---|---|
| Lori Ann Miller | Petition Filed Date: 01/15/2024 |
| 8 Gordon Drive | 341 Hearing Date: 03/12/2024 |
| Easton  PA    18045 | Confirmation Date: 08/01/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $1,613.00 | | 08/27/2024 | $1,613.00 | | 09/27/2024 | $1,620.00 | |
| 11/01/2024 | $1,620.00 | | 12/03/2024 | $1,620.00 | | 12/26/2024 | $1,620.00 | |
| 02/06/2025 | $1,620.00 | | 03/07/2025 | $1,620.00 | | 04/17/2025 | $1,620.00 | |
| 07/25/2025 | $4,860.00 | | | | | | | |

**Total Receipts for the Period:  $19,426.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $29,216.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT for<br>»»  001 | Unsecured Creditors | $406.21 | $0.00 | $406.21 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $410.84 | $0.00 | $410.84 |
| 3 | SELECT PORTFOLIO SERVICING INC<br>»»  003 | Mortgage Arrears | $84,398.38 | $22,421.00 | $61,977.38 |
| 4 | CAPITAL ACCOUNTS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10118-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,216.00 | Current Monthly Payment: | $1,613.00 |
| Paid to Claims: | $25,209.00 | Arrearages: | $1,536.00 |
| Paid to Trustee: | $2,476.10 | Total Plan Base: | $96,885.00 |
| Funds on Hand: | $1,530.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.