Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Lori Ann Miller
8 Gordon Drive
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10118-PMM**

Petition Filed Date: 01/15/2024
341 Hearing Date: 03/12/2024
Confirmation Date: 08/01/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $1,620.00 | | 09/19/2025 | $1,620.00 | | 10/22/2025 | $1,620.00 | |
| 11/14/2025 | $1,620.00 | | 01/07/2026 | $1,620.00 | | 02/20/2026 | $1,621.00 | |
| 03/19/2026 | $1,621.00 | | 04/27/2026 | $1,620.00 | | 06/22/2026 | $1,620.00 | |
| 07/20/2026 | $1,620.00 | | | | | | | |

**Total Receipts for the Period: $16,202.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $43,798.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT for »» 001 | Unsecured Creditors | $406.21 | $0.00 | $406.21 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $410.84 | $0.00 | $410.84 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 003 | Mortgage Arrears | $84,398.38 | $37,446.72 | $46,951.66 |
| 4 | CAPITAL ACCOUNTS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10118-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,798.00 | Current Monthly Payment: | $1,613.00 |
| Paid to Claims: | $40,234.72 | Arrearages: | $6,310.00 |
| Paid to Trustee: | $3,563.28 | Total Plan Base: | $96,885.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.